## UNITED STATES DISTRICT COURT
EVERETT McKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
CHICAGO, IL  60604

THOMAS G. BRUTON
CLERK

OFFICE OF THE CLERK

Zebra Enterprise Solutions Corp.,

Case No.: 12cv1314

v.

Cathexis Innovations, Inc. ,

### CERTIFICATION OF JUDGMENT
### FOR REGISTRATION IN
### ANOTHER DISTRICT

I, Thomas G. Bruton, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 05/15/2012, as it appears in the records of this court, and that, no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has not been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on January 24, 2013.

Thomas G. Bruton
Court Administrator

By: Nadine Finley
Deputy Clerk

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

CERTIFIED COPY (Rev. 1/2012)

# United States District Court
### Northern District of Illinois
### Eastern Division

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed document(s) is (are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

**IN TESTIMONY WHEREOF**:

I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on ___JAN 24 2013___.

**THOMAS G. BRUTON, CLERK**

By: _____
Deputy Clerk

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Zebra Enterprise Solutions Corp.

                            Plaintiff,

v.

                                              Case No.: 1:12–cv–01314
                                              Honorable Elaine E. Bucklo

Cathexis Innovations, Inc.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 15, 2012:

      MINUTE entry before Honorable Elaine E. Bucklo: Motion hearing held on 5/15/2012. Motion for default judgment [8] is granted. Default judgment in favor of Plaintiff and against against Defendant Cathexis Innovations, Inc. in the amount of $195,166.34. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.